389 A.2d 202

Commonwealth v. Staples, Appellant.

Argued November 15, 1977. Stanton D. Levenson, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented based on the concurring opinion in *Commonwealth v. Stawinsky*, 234 Pa.Super. 308, 339 A.2d 91 (1975).

SPAETH, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.